

**United States Environmental Protection Agency**
**Office of Criminal Enforcement, Forensics, and Training**

## ADVICE OF RIGHTS FORM

YOUR RIGHTS:

1. You have the right to remain silent.

2. Anything you say can be used against you in a court of law.

3. You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

4. If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

5. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

6. You also have the right to stop answering at any time until you talk to a lawyer.

WAIVER OF RIGHTS

|  | Initials |
|---|---|
| I have read the statement of my rights. I understand what my rights are. I am willing to make a statement and answer questions. | |
| I do not want a lawyer at this time. | |
| I know that I can stop the questioning at any time to consult a lawyer. | |
| No promises or threats have been made to me. | |
| No pressure or coercion of any kind has been used against me. | |

| Name of Person Interviewed: | Jiang, Dianlin | DoB Jan 22, 1961 |
|---|---|---|
| Signature: | | |
| | | |
| Case No.: | C8815-0000 | |
| Witness: | | |
| Location: | | |
| Date & Time: | 3/19/2025 | |

OCEFT Form 5-01



DEFENDANT'S
EXHIBIT
1

U.S. v. Chi, Jinzhao et.al. -
DEFENSE COPY

Jiang, D_Rights form and name
tag.pdf

00000014