FD-395 4x (3-21-0),
Chinese - Simplified Characters

# 权利通知书

地点 _____
日期 _____
时间 _____

## 你的权利

在我们问话之前，你必须知道你的权利。

你有权保持沉默。

你所说的一切，我们可以在法庭上提出作为不利于你的证词。

在我们问话之前，你有权找律师商量。

在问话时，你有权请律师在场。

如果你请不起律师，而你也愿意的话，法庭会在问话前派一位来代表你。

如果你现在决定在没有律师在场时就回答问题，你也有权随时停止答话。

## 弃权声明书

我已经念过这权利陈述书，我知道我应有的权利。现在我愿意在律师不在场的情况下回答问题。

_____ 签名

证人 : _____

证人 : _____

时间 : _____



DEFENDANT'S EXHIBIT 2