| | | |
|---|---|---|
| *00:02* | Special Agent: | This is Special Agent Chris Overhouser with EPA CID today is March 19, 2025. It is approximately 12:22 p.m. We're on the Scotts Greens search warrant I am here with officer- |
| *00:18* | Agent: | Agent Rockel Velasquez from Oklahoma Bureau of Narcotics. |
| *00:21* | Special Agent: | And we're going to interview Mr. Chi, and we have the language interpreter on the phone from Translations International. The phone number for that is 1(866) 537- 9267 and ma'am your name for the recording? |
| *00:40* | Interpreter: | Yes, my name is Jin and my Id number is 251954. |
| *00:45* | Special Agent: | Thank you very much and sir could you state your name please. |
| *00:56* | Interpreter: | Can I write it down? |
| *01:05* | Special Agent: | Okay he wrote Jin Zhao Chi okay and we're joined by... thank you for your name. What do you do here at the operation? What is your job? |



DEFENDANT'S EXHIBIT 3