IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-66-RAW |
| | ) | |
| JIN ZHAO CHI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ISSUANCE OF SUBPOENAS AND COURT ORDER FOR SERVICE

Defendant, Jin Zhao Chi, by and through his counsel, submits this motion for issuance of a subpoena pursuant to Rule 17 (a) and (b) of the Federal Rules of Criminal Procedure and order pursuant to Rule 17(d). In support of this request, the defendant states as follows:

1)      He is the defendant in this cause of action;

2)      He has been found to be indigent, and the undersigned counsel has been appointed to represent him; (Doc. 13)

3).    Mr. Chi stands charged with fraudulently and knowingly import[ing]

1

and bring into the United States, merchandise contrary to law, to wit: unregistered and misbranded pesticides, and did receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of Title 18, U.S.C. §§ 545 and 2.    (Indictment)

4).    Pending before the Court is Defendant's Motion to Suppress Statements. (Doc. 39).    The matter is set for hearing before Magistrate Judge D. Edward Snow on September 3, 2026, at 10:00 a.m. in Courtroom 1, Room 230, US Courthouse, 5 & Okmulgee, Muskogee, Oklahoma (Doc. 54)

5).    The Defendant seeks the Court to issue a subpoena for Senior Special Agent Raquel Velazquez, with the Oklahoma Bureau of Narcotics; Special Agent Sherita Holden, with the EPA-CID,  Christan Harold Beals, and Joseph Hull.

6).    Pursuant to investigative reports provided by the government, proposed relevant testimony from the witnesses is anticipated as follows:

SA Velazquez will testify that on March 19, 2025, she assisted the EPA during their execution of a criminal search warrant for the property located at 11985 NS 3580, Seminole, Oklahoma.   She will testify that the Seminole County Sheriff's office led the convoy to the property, and once EPA made entry, she assisted with

2

containing the detained individuals.  She recalls people being in handcuffs, and her and another individual kept watch on the detained individuals, who were initially sat on a curb outside.    After the property was cleared, the detainees, including Mr. Chi, were moved inside a garage.    She later assisted EPA Agent Overhouser by being security during Overhouser's interview with Mr. Chi.    She will describe her apparel worn that day, including her visible leg holster with a weapon.   She will testify that Overhouser may have tried to converse with Mr. Chi without a translator, but Mr. Chi didn't communicate in English and responded only in Mandarin.

Special Agent Sherita Holden with the EPA-CID will testify that prior to the execution of the search warrant at 11985 NS 3580 in Seminole, she was instructed by Special Agent Joe Hubbard, EPA-CID to read *Miranda* Rights to the two main targets of the investigation before conducting interviews.    Pursuant to SA Hubbard's directive, she *Mirandized* Mr. Jaing and gave him a written version in both Chinese and English.  She will testify that SA Overhauser interviewed the other target of the investigation, Mr. Chi.

Christian Beals will testify that on March 19, 2025, he was employed by Superior Fire Alarm, LLC out of Norman, Oklahoma and on that day he and Joseph Hull were tasked with the installation of a fire alarm at 11985 NS 3580.    While there in Building B, they were alerted to law enforcement presence and thereafter escorted by armed law enforcement officers from the building where they were working to a

wall located at the front of the residence.    While being detained by law enforcement for approximately 90 minutes, their identifications and phones were seized and they were not free to leave or move about the property.

Joseph Hull will testify that on March 19, 2025, he was employed by Superior Fire Alarm, LLC out of Norman, Oklahoma and on that day he and Christian Beals were tasked with the installation of a fire alarm at 11985 NS 3580.    While there in Building B, they were alerted to law enforcement presence and thereafter escorted by armed law enforcement officers from the building where they were working to a wall located at the front of the residence.    While being detained by law enforcement for approximately 90 minutes, their identifications and phones were seized and they were not free to leave or move about the property.

7).    The government has advised undersigned counsel that the government does not oppose any subpoena requests made on behalf of Mr. Chi.

Therefore, pursuant to Rule 17(b), the defendant requests the issuance of subpoenas for the witnesses' presence at Mr. Chi's Motion to Suppress hearing by the Court Clerk and pursuant to Rule 17(b) and (d), given to the United States Marshal for service, with the costs of process, expenses, and fees to be paid in the same manner in which similar costs, expenses and fees are paid in the same manner similar to costs and fees of a witness subpoenaed on behalf of the Government.

Respectfully submitted,


s/ *Marna Franklin*
Marna Franklin, OBA #17148
Franklin Law Firm, P.C.
620 North Robinson Avenue,
Suite 203
Oklahoma City, Oklahoma    73102
Telephone:   (405) 239-2454
Cell Phone:  (405) 313-0610
mfranklin@demandproof.com


## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 13, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF Filing.


s/ *Marna Franklin*