**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JIN ZHAO CHI,**<br>**a/k/a A Chi LU,**<br>**a/k/a A Chi,**<br><br>***Defendant.*** | **Case No. CR-26-66-RAW** |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now the United States of America, by and through, United States Attorney Christopher J. Wilson and Assistant United States Attorney T. Cameron McEwen for the Eastern District of Oklahoma, and respectfully requests the Court to continue the suppression hearing to September 21, 2026. As grounds for said request, the United States submits the following:

1. The United States has communicated with defense counsel by email regarding this request. Defense counsel has no objection.
2. On May 12, 2026, the Defendant was charged by Indictment with Conspiracy to Smuggle Goods into the United States, in violation of 18 U.S.C. § 371 (Count One); Smuggling Goods into the United States, in violation of 18 U.S.C. §§ 545 and 2 (Count Two); and Unlawful Distribution and Sale of Pesticides – Misdemeanor, in violation of 7 U.S.C. §§ 136j(a)(1)(A) and 136l(b)(1)(B) (Count Three). *See* Doc. 2.
3. The Defendant's trial is set for November 3, 2026. *See* Doc. 52.
4. On July 14, 2026, the Defendant filed a Motion to Suppress Statements (Doc. 39).
5. On July 21, 2026, the United States filed its response to the Defendant's Motion to

Suppress Statements (Doc. 44).

6. On September 3, 2026, a suppression hearing on the matter was held before United States Magistrate Judge D. Edward Snow. *See* Doc. 64. The hearing consisted of two witnesses for the United States and four witness for the Defendant along with numerous exhibits admitted by both parties. *Id*. At the conclusion of the witnesses' testimonies, Magistrate Judge Snow continued the hearing to an undermined date. *Id*.
7. On September 10, 2026, Magistrate Judge Snow continued the suppression hearing to September 16, 2026, at 10:00 am. *See* Doc. 65.
8. Assistant United States Attorney T. Cameron McEwen is District Fraud Counsel for the United States Attorney's Office for the Eastern District of Oklahoma and is scheduled to be in South Carolina at the National Advocacy Center for a mandatory conference and training related to said responsibility from September 14, 2026, through September 17, 2026.
9. Defense Counsel, Marna Franklin, also has conflicts on September 16, 2026, September 22, 2026, and September 23, 2026. On September 16, 2026, she is scheduled to be in a hearing in the morning in Durant, Oklahoma with the Choctaw Nation. On September 22, 2026, she is scheduled to be in a federal sentencing hearing in the morning in the Western District of Oklahoma. On September 23, 2026, she is scheduled to be in El Reno, Oklahoma in the afternoon.
10. Due to counsels' conflicts, the United States respectfully requests the hearing be rescheduled to September 21, 2026, or in the alternative, September 24 or 25, 2026, if that is more convenient for the Court.
11. The United States is not requesting any other pretrial or trial settings be continued, and

the purpose of this request is not for delay of the trial in this case.

Based on the foregoing, the United States respectfully requests the Court to continue the suppression hearing to September 21, 2026.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR # 7161-R67M
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Cameron.McEwen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Marna Franklin, Attorney for Jin Zhao Chi
Craig M. Hoehns, Attorney for Dian Lin Jiang

s/ *T. Cameron McEwen*
T. CAMERON MCEWEN
Office of the United States Attorney