UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | Case No. CR-26-66-RAW |
| JIN ZHAO CHI, | ) | Date: 9/18/2026 |
| Defendant. | ) | Time: 10:05 a.m. – 11:02 a.m.<br>11:07 a.m. – 11:27 a.m. |

**MINUTE SHEET - MOTION HEARING (Day 2)**

D. Edward Snow, Judge T. Moore, Deputy Clerk FTR Courtroom 1

Counter for Plaintiff: Cameron McEwen, AUSA
Counsel for Defendant: Marna Franklin, Appointed
Interpreter: Wei Vivan Josh [X] Sworn
Defendant appears in person: [X] with Counsel; [] Counsel waived; [] w/o Counsel;

**MINUTES:** Comes on for continued hearing on Defendant Jin Zhao Chi's Motion to Suppress [Dkt. 39]. Defense counsel calls Defendant as witness #5. Government cross of defendants witness #5. Defense redirect of defendants witness #5. Defendant rest. Court orders further briefing from the parties. Court will take the Motion under advisement and enter a Report and Recommendation.

NOTHING FURTHER, ADJOURNED.

**GOVERNMENT'S WITNESSES:**
1. Kimberly Bahney, SA, EPA
2. Christopher Overhouser, SA, EPA

**GOVERNMENT'S EXHIBITS:**
1-30, 34-43: Photos
31-33: Media

**DEFENDANT'S WITNESSES:**
1. Christan Beals
2. Joseph Hull
3. Sherita Holden, SA, EPA
4. Raquel Valezquez, SA, OBN
5. Jin Zhao Chi, Defendant

**DEFENDANT'S EXHIBITS:**
1: waiver of rights form
2: Chinese waiver of rights form
3: Partial Interview transcript
4: Weather history
6-10: media
11-14: photos