AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

V.

JIN ZHAO CHI

## EXHIBIT AND WITNESS LIST

Case Number: 26-CR-66-RAW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Edward Snow | McEwen | Marna Franklin |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/3/26 | | ✓ | Advice of Rights Form |
| | 2 | 9/3/26 | | ✓ | Chinese Miranda Warning |
| | 3 | 9/3/26 | | ✓ | Partial Interview Transcript |
| | 4 | 9/3/26 | | ✓ | Weather History in Seminole |
| | 5 | | | | Email from AUSA McEwen |
| | 6 | 9/3/26 | | ✓ | Porch Video |
| | 7 | 9/3/26 | | ✓ | Vehicles Arriving Video |
| | 8 | 9/3/26 | | ✓ | Ledge Video |
| | 9 | 9/3/26 | | ✓ | Introduction of Agent Recording |
| | 10 | 9/3/26 | | ✓ | "It's a crime" Recording |
| | 11 | 9/3/26 | | ✓ | Office Photograph |
| | 12 | 9/3/26 | | ✓ | Office Photograph |
| | 13 | 9/3/26 | | ✓ | Office Photograph |
| | 14 | 9/3/26 | | ✓ | Ledge Photograph |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.