**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**JIN ZHAO CHI, a/k/a A Chi LU,**
**a/k/a A Chi,**

***Defendant.***

**Case No. CR-26-066-RAW**

**UNITED STATES' EXHIBIT LIST**

| Exhibit No. | Exhibit | Admitted |
|---|---|---|
| 001 | Surveillance Photo – Aerial View of Property | Yes |
| 002 | Surveillance Photo – Front of Property | Yes |
| 003 | Surveillance Photo – Entrance to Property | Yes |
| 004 | Photo – Front of Residence | Yes |
| 005 | Photo – Jin Zhao Chi (outside) | Yes |
| 006 | Photo – Dian Lin Jiang (outside) | Yes |
| 007 | Photo – DaQing Zhen (outside) | Yes |
| 008 | Photo – Guang Hui Sun (outside) | Yes |
| 009 | Photo – Jiang Song Chen (outside) | Yes |
| 010 | Photo – Lin Yong Zhuang (outside) | Yes |
| 011 | Photo – Min Juan Zheng (outside) | Yes |
| 012 | Photo – Zhi Hun Zheng (outside) | Yes |
| 013 | Photo – Zi Peng Yuan (outside) | Yes |
| 014 | Photo – Tai Niang Lin (outside) | Yes |
| 015 | Photo – Jin Giao Lin (outside) | Yes |
| 016 | Photo – Christian Beals (outside) | Yes |
| 017 | Photo – Joseph Hull (outside) | Yes |
| 018 | Photo – Joseph Hull Driver's License (outside) | Yes |
| 019 | Photo – Jin Zhao Chi (inside) | Yes |
| 020 | Photo – Dian Lin Jiang (inside) | Yes |
| 021 | Photo – Jin Giao Lin (inside) | Yes |
| 022 | Photo – Zi Peng Yuan (inside) | Yes |
| 023 | Photo – Jiang Song Chen (inside) | Yes |
| 024 | Photo – Guang Hui Sun (inside) | Yes |
| 025 | Photo – Min Juan Zheng (inside) | Yes |
| 026 | Photo – DaQing Zhen (inside) | Yes |
| 027 | Photo – Tai Niang Lin (inside) | Yes |
| 028 | Photo – Lin Yong Zhuang (inside) | Yes |
| 029 | Photo – Guolin Jin (inside) | Yes |
| 030 | Photo – Zhi Hun Zheng (inside) | Yes |

| Exhibit No. | Exhibit | Admitted |
|---|---|---|
| 031 | Audio Statement – Jin Zhao Chi (0:00-46:25 mins.) | Yes |
| 032 | Video – Jin Zhao Chi in Breezeway of Residence (0:00-2:03 mins.) | Yes |
| 033 | Video – Jin Zhao Chi at Bern by Residence (0:00-1:12 mins.) | Yes |
| 034 | Photo - Breezeway | Yes |
| 035 | Photo – Trucks, Trailers, and Warehouses | Yes |
| 036 | Photo – Marijuana Greenhouses | Yes |
| 037 | Photo – Marijuana Greenhouses | Yes |
| 038 | Photo – Entryway of Residence | Yes |
| 039 | Photo – Entryway of Residence w/View of Kitchen | Yes |
| 040 | Photo – Kitchen | Yes |
| 041 | Photo – Kitchen | Yes |
| 042 | Photo – Interview Room | Yes |
| 043 | Photo – Interview Room | Yes |

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR #7161R67M
Assistant United States Attorney

s/ *Gregory Dean Burris*
GREGORY DEAN BURRIS
OBA #16995
Assistant United States Attorney