**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**JIN ZHAO CHI, a/k/a A Chi LU,**
**a/k/a A Chi,**

***Defendant.***

**Case No. CR-26-066-RAW**

## UNITED STATES' WITNESS LIST

| Witness No. | Witness |
|---|---|
| 1 | Special Agent in Charge Kim Bahney, Environmental Protection Agency-Criminal Investigation Division |
| 2 | Special Agent Christopher Overhauser, Environmental Protection Agency-Criminal Investigation Division |

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR #7161R67M
Assistant United States Attorney

s/ *Gregory Dean Burris*
GREGORY DEAN BURRIS
OBA #16995
Assistant United States Attorney