**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

# ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by TUESDAY, 10/6/2026, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by TUESDAY, 10/6/2026:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE, *where a specific date for trial will be discussed.***

---

**WEDNESDAY, OCTOBER 14, 2026**

---

9:00 AM

CR-26-01-RAW United States of America v. Beau Daniel Sholar

---

[1] **Change of Plea hearing must take place no later than Friday, October 9, 2026.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

| | |
|---|---|
| 9:15 AM | |
| CR-26-44-RAW | United States of America v. Jennifer Luann Hammer |
| 9:30 AM | |
| CR-26-49-RAW | United States of America v. Kendel Reese Wolfe |
| 9:45 AM | |
| CR-26-66-RAW-01 | United States of America v. Jin Zhao Chi |
| CR-26-66-RAW-02 | United States of America v. Dian Lin Jiang |
| 10:15 AM | |
| CR-26-70-RAW | United States of America v. Dillon Lee Vail |
| 10:30 AM | |
| CR-26-77-RAW | United States of America v. Colin Reece Neher |
| 10:45 AM | |
| CR-26-89-RAW | United States of America v. Anthony Joseph Ellison |
| 11:00 AM | |
| CR-26-95-RAW | United States of America v. Terrance Latrell Richardson |
| 11:15 AM | |
| CR-26-99-RAW | United States of America v. Bobby Ray Skaggs |
| 11:30 AM | |
| CR-26-122-RAW | United States of America v. Guadalupe Mancera-Cabello |
| 11:45 AM | |
| CR-26-125-RAW | United States of America v. Parker Kyle Taylor |

**Page 3**

1:00 PM

| | |
|---|---|
| CR-26-129-RAW | United States of America v. Gage Luther Dillon |

1:15 PM

| | |
|---|---|
| CR-26-130-RAW | United States of America v. Rusty Wallace James |

1:30 PM

| | |
|---|---|
| CR-26-131-RAW-01 | United States of America v. Cyrus Dewayne James |
| CR-26-131-RAW-02 | United States of America v. Rusty Wallace James |

2:00 PM

| | |
|---|---|
| CR-26-132-RAW | United States of America v. Kenneth Glenn McCarroll |

2:15 PM

| | |
|---|---|
| CR-26-134-RAW | United States of America v. Norman Edward McNac |

2:45 PM

| | |
|---|---|
| CR-26-138-RAW-02 | United States of America v. Ronald Ray Allen, Jr. |
| CR-26-138-RAW-03 | United States of America v. Josephine Gonzalez |

**DATED this 24th day of September, 2026.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma